UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| LISA AARON, | |
| Plaintiff, | Case No. 16-cv-10211 |
| v. | UNITED STATES DISTRICT COURT JUDGE GERSHWIN A. DRAIN |
| COMMISSIONER OF SOCIAL SECURITY, | UNITED STATES MAGISTRATE JUDGE DAVID R. GRAND |
| Defendant. | |
| _____/ | |

**ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION [13], GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [11], DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT [11], AND AFFIRMING THE COMMISSIONER'S DECISION**

Lisa Aaron (Plaintiff) filed this action on January 12, 2016. Dkt. No. 1. Plaintiff sought judicial review of the Commissioner of Social Security's (Defendant) denial of disability benefits. Each party filed a Motion for Summary Judgment. Dkt. Nos. 11, 12. The matter was referred to Magistrate Judge David R. Grand. On October 31, 2016, Magistrate Judge Grand issued a Report and Recommendation which recommends that the Defendant's Motion for Summary Judgment be granted and the Administrative Law Judge's denial of benefits be affirmed. Neither party filed an objection to Magistrate Judge Grand's Report and Recommendation. The time for filing objections has expired. *See* 28 U.S.C. §

636(b)(1)(C). Upon review of the Magistrate Judge's Report and Recommendation, the Court concludes that the Magistrate Judge reached the correct conclusion.

Therefore, the Court hereby **ACCEPTS** and **ADOPTS** Magistrate Judge Grand's October 31, 2016 Report and Recommendation [13] as this Court's findings of fact and conclusions of law. Plaintiff's Motion for Summary Judgment [11] is **HEREBY DENIED**. Defendant's Motion for Summary Judgment [12] is **GRANTED** and the Commissioner of Social Security's decision is **AFFIRMED**.

**SO ORDERED**.

Dated: January 9, 2017                      /s/Gershwin A Drain
Detroit, MI                                    HON. GERSHWIN A. DRAIN
                                                    United States District Court Judge

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, January 9, 2017, by electronic and/or ordinary mail.

                              /s/Tanya Bankston
                       Case Manager, (313) 234-5213